

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00053-CV

| | | |
|---|---|---|
| TALEK SHERMAN, Appellant | § | On Appeal from the County Court at Law |
| | § | No. 1 |
| V. | § | of Tarrant County (2025-000001-1) |
| | § | October 23, 2025 |
| HILLCREST APARTMENTS, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that part of the county court at law's judgment is moot. We vacate the county court at law's judgment as to the right of immediate possession and affirm it in all other respects.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
Justice Dana Womack